AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

Southern DISTRICT OF New York

Lashley Carney, et al.

**SUMMONS IN A CIVIL CASE**

V.

City of New York; Police Officers Freyre, John, Mena, Nelson, Chaparro, Does, Roes, Hudson River Park Trust

CASE NUMBER:

**05 CV 7672**

TO: (Name and address of defendant)

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jeffrey A. Rothman, Esq.
575 Madison Avenue, Suite 1006
New York, NY 10022

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON
CLERK

(BY) DEPUTY CLERK

AUG 31 2005
DATE

AO 440 (Rev. 5/85) Summons in a Civil Action

| P.O. STEPHEN NELSON | RETURN OF SERVICE 1035 Longwood Ave. 41st PCT Bronx NY 10459 |
|---|---|
| Service of the Summons and Complaint was made by me¹ | DATE September 23, 2005 |
| NAME OF SERVER Richard Schacca | TITLE Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's ~~dwelling house or usual place of abode~~ ADDRESS with a person of suitable age and discretion ~~then residing therein~~.
Name of person with whom the summons and complaint were left: SGT. DONAHUE

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on September 28, 2005
Date                Signature of Server

Franklin Square NY 11010
Address of Server

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.