AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

__Southern__ DISTRICT OF __New York__

Lashley Carney, et al.

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

City of New York; Police Officers Freyre, John, Mena, Nelson, Chaparro, Does, Roes, Hudson River Park Trust

**05 CV 7672**

TO: (Name and address of defendant)

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jeffrey A. Rothman, Esq.
575 Madison Avenue, Suite 1006
New York, NY 10022

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON
CLERK

(BY) DEPUTY CLERK

AUG 3 1 2005
DATE

AO 440 (Rev. 5/85) Summons in a Civil Action

| HUDSON RIVER PARK TRUST | RETURN OF SERVICE | Pier 40 Houston Street<br>New York NY |
|---|---|---|
| Service of the Summons and Complaint was made by me¹ | DATE | September 22, 2005 |
| NAME OF SERVER<br>Richard Schacca | TITLE | Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's ~~dwelling house or usual place of abode~~ Work address with a person of suitable age and discretion ~~then residing therein~~.
Name of person with whom the summons and complaint were left: MARYANN MONTE

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  Septe,ber 28, 2005
            Date                    Signature of Server

Franklin Square NY 11010
Address of Server

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.