AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

Southern _____ DISTRICT OF _____ New York

Lashley Carney, et al.

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

City of New York; Police Officers Freyre, John, Mena, Nelson, Chaparro, Does, Roes, Hudson River Park Trust

**05 CV 7672**

TO: (Name and address of defendant)

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jeffrey A. Rothman, Esq.
575 Madison Avenue, Suite 1006
New York, NY 10022

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                AUG 3 1 2005
CLERK                                             DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 5/85) Summons in a Civil Action

## RETURN OF SERVICE

P.O. RUSELL JOHN — 20 Ralph Avenue 81st PCT, Brooklyn NY 11221

| | |
|---|---|
| Service of the Summons and Complaint was made by me¹ | DATE: September 24, 2005 |
| NAME OF SERVER: Richard Schacca | TITLE: Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's ~~dwelling house of usual place of abode~~ **Work address** with a person of suitable age and discretion ~~then residing therein~~.
Name of person with whom the summons and complaint were left: SGT. GULINA

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on September 28, 2005
        Date                Signature of Server

Franklin Square NY 11010
Address of Server

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.