UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

LASHLEY CARNEY, et al.,

                Plaintiffs,

-against-

CITY OF NEW YORK, POLICE OFFICERS FREYRE,
JOHN, MENA, NELSON, CHAPPARO, DOES, ROES,
and HUDSON RIVER PARK TRUST,

                Defendants.
------------------------------------------------------------X

05 CV 7672

AFFIDAVIT OF
PERSONAL SERVICE

STATE OF NEW YORK    )
                              )ss:
COUNTY OF QUEENS     )

ALAN D. LEVINE, being duly sworn, deposes and says:

Deponent is not a party to this action, is over 18 years of age, and resides in the County, City and State of New York.

On September 19, 2005, deponent served the within SUMMONS, COMPLAINT AND JURY TRIAL DEMAND upon defendant CITY OF NEW YORK at 1:30 P.M., by delivering a true copy thereof to Gary Jean-Gilles, a docketing clerk, employed by the New York City Department of Law at 100 Church Street, 4th Floor, New York and authorized to accept service on behalf of defendant.

                                                                 _____
                                                                 ALAN D. LEVINE

Sworn to before me this
5th day of October 2005

_____
NOTARY PUBLIC

SHERAH WATKINS VERRETT
Notary Public, State of New York
No. 01WA6052643
Qualified in Queens County
Commission Expires December 26, 20__