UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x
Lashley Carney et al.,

                        **Plaintiff,**

    -against-

The City of New York, et al.,

                        **Defendants.**
------------------------------------------------------------------------ x

                        **NOTICE OF APPEARANCE**

                        05-CV-7672 (KMK) (JCF)

**PLEASE TAKE NOTICE** that **Jed M. Weiss**, Assistant Corporation Counsel, hereby appears on behalf of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for defendant City of New York, effective December 13, 2005.

Dated: New York, New York
       December 13, 2005

                        MICHAEL A. CARDOZO
                        Corporation Counsel
                          of the City of New York
                        Attorney for Defendant City of New York
                        100 Church Street
                        New York, New York 10007
                        (212) 788-0786

                        By:   \_\_/S/_____
                             Jed M. Weiss (JW 5293)
                             Assistant Corporation Counsel
                             Special Federal Litigation Division

To:    Jeffrey Rothman Esq. (via ECF)
        Attorney for Plaintiff