UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x
**Lashley Carney, et al.,**

                            **Plaintiffs,**        **NOTICE OF APPEARANCE**

     **-against-**

**The City of New York, et al.,**                                  05 CV 7672

                            **Defendants.**
------------------------------------------------------------------------ x

      **PLEASE TAKE NOTICE** that **Jay A. Kranis**, Senior Counsel, hereby appears on behalf of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for defendant The City of New York.

Dated:  New York, New York
           December 15, 2005

                                                  MICHAEL A. CARDOZO
                                                  Corporation Counsel
                                                     of the City of New York
                                                  Attorney for Defendant The City of New York
                                                  100 Church Street
                                                  New York, New York 10007
                                                  (212) 788-8683

                                        By:    _____/s/_____
                                                            Jay A. Kranis (JK2576)
                                                            Senior Counsel
                                                            Special Federal Litigation Division

To:    Jeffrey A. Rothman, Esq. (JR0398)
         Attorney for Plaintiffs
         575 Madison Avenue, Suite 1006
         New York, NY 10022
         (212) 348-9833