AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

_____ Southern _____ DISTRICT OF _____ New York _____

Lashley Carney, et al.

V.

City of New York; Police Officers Freyre, John, Mena, Gonzalez, Nelson, Chaparro, Does, Roes, Hudson River Park Trust

First Amended
**SUMMONS IN A CIVIL CASE**

CASE NUMBER:   05 Civ. 7672 (KMK) (JCF)

TO: (Name and address of defendant)

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jeffrey A. Rothman, Esq.
575 Madison Avenue, Suite 1006
New York, NY 10022

an answer to the complaint which is herewith served upon you, within _____ 10 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON
CLERK

*Marcos Quintero* (signature)
(BY) DEPUTY CLERK

NOV 2 8 2005
DATE

AO 440 (Rev. 5/85) Summons in a Civil Action

**RETURN OF SERVICE**

P.O. BIENVENI MENA #7584

2120 Ryer Avenue-46th Pct.
Bronx NY 10457

Service of the Summons and Complaint was made by me[1]

DATE: December 28, 2005

NAME OF SERVER: Richard Schacca

TITLE: Process Server

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): By leaving a copy with SERGEANT MASTRATA #5008 Deponent also enclosed a copy of same in a pospaid sealed wrapper properly addressed to respondent and deposited said wrapper in a post office depository.

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on January 3, 2006
Date

Signature of Server

Franklin Square NY 11010
Address of Server

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.