# United States District Court

_____Southern_____ DISTRICT OF _____New York_____

Lashley Carney, et al.

V.

City of New York; Police Officers Freyre, John, Mena, Gonzalez, Nelson, Chaparro, Does, Roes, Hudson River Park Trust

First Amended
## SUMMONS IN A CIVIL CASE

CASE NUMBER: 05 Civ. 7672 (KMK) (JCF)

TO: (Name and address of defendant)

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jeffrey A. Rothman, Esq.
575 Madison Avenue, Suite 1006
New York, NY 10022

an answer to the complaint which is herewith served upon you, within _____10_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                    NOV 2 8 2005
_____                       _____
CLERK                                                 DATE

_____
(BY) DEPUTY CLERK

AO 440 (Rev. 5/85) Summons in a Civil Action

P.O. RAYMOND GONZALEZ #10688

RETURN OF SERVICE  30 Ralph Avenue-81st Pct

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE<br>December 28, 2005 |
| NAME OF SERVER<br>Richard Schacca | TITLE<br>Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): By leaving a copy with SGT. DUNKINSON ~~Deponent also enclosed a copy of same in a postpaid sealed wrapper properly addressed to respondent and deposited said wrapper in a post office depository~~

STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  January 3, 2006
              Date

Signature of Server

Franklin Square NY 11010
Address of Server

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.