**MEMO ENDORSED**



| | THE CITY OF NEW YORK | |
|---|---|---|
| MICHAEL A. CARDOZO<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | JED M. WEISS<br>Assistant Corporation Counsel<br>*jweiss@law.nyc.gov*<br>(212) 788-0784<br>(212) 788-9776 (fax) |

January 30, 2006

**VIA FACSIMILE**
Honorable James C. Francis, IV
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/31/06
```

Re:  Bastidas v. City of New York, 05 CV 7670 (KMK) (JCF)
     Carney v. City of New York, 05-CV-7672 (KMK) (JCF)

*DOCKET IN BOTH CASES*

Your Honor:

    I am the attorney in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, assigned to the defense of the above-referenced matters. For the reasons set forth herein, defendants respectfully request a brief enlargement of time to respond to the complaints from January 30, 2006, to February 8, 2006. Plaintiff's counsel consents to this request. Because I am currently on trial before the Honorable Harold Baer, Jr. in the matter of Delores Johnson v. City of New York et al., 04-CV-3189 (HB)(HBP), I was not able to meet with the defendant officers and answer on their behalf. The trial is expected to last approximately three days, after which time I will have the opportunity to respond to the complaints. Accordingly, I respectfully request until February 8, 2006, to respond to the complaints in the above-referenced matters.

    I appreciate the Court's consideration of this request.

                                               Respectfully yours,

                                               Jed M. Weiss (JW 5293)
                                               Assistant Corporation Counsel

cc:  Jeffrey Rothman, Attorney for Plaintiffs

*1/31/06*
*Application granted.*
*SO ORDERED*
*James C. Francis IV*
*USMJ*