UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

LASHLEY CARNEY, RANDY XU, DELMAR CONKLIN, DAVID BECKER, SARA HEIFETZ, CHARITY JAMES, and HANNAH JANEWAY,

                Plaintiff,

-against-

THE CITY OF NEW YORK, et. al.,

                Defendants.

------------------------------------------------------------------------ x

**NOTICE OF APPEARANCE**

05 CV 7672 (KMK)(JCF)

     **PLEASE TAKE NOTICE** that Fred M. Weiler hereby appears on behalf of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for defendants, effective this date.  Please serve a copy of all papers to be served in this matter, by ECF or otherwise, on appearing counsel.

Dated:  New York, New York
         April 10, 2006

                           MICHAEL A. CARDOZO
                           Corporation Counsel of the City of New York
                           *For Defendants*

            By: _____/s/_____
                  Fred M. Weiler (FW 5864)
                  Assistant Corporation Counsel
                  Special Federal Litigation
                  100 Church Street, Room 3-132
                  New York, New York 10007
                  212.788.1817 (ph)
                  212.788.9776 (fax)

cc:  All Parties (by ECF)