```
UNITED STATES DISTRICT COURT              (ECF)
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -:
MICHAEL SCHILLER, FRANCESCA           :   04 Civ. 7922 (KMK) (JCF)
FIORENTINI, ROBERT CURLEY, and        :
NEAL CURLEY,                          :   DISCOVERY ORDER #2
                                      :
            Plaintiffs,               :
                                      :
     - against -                      :
                                      :
The CITY OF NEW YORK; RAYMOND         :
KELLY, Commissioner of the New        :
York City Police Department;          :
TERENCE MONAHAN, Assistant Chief      :
of the Bronx Bureau of the New        :
York City Police Department,          :
                                      :
            Defendants.               :
- - - - - - - - - - - - - - - - - - -:
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE
```



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/13/06

A pretrial conference having been held on November 9, 2006, it is hereby ORDERED as follows:

1. Counsel for any party seeking to take a deposition (the "Requesting Party") may serve a notice on counsel for the party to be deposed (the "Responding Party") at any time in advance of the deadline for doing so as set forth in the Case Management Order governing each individual action.

2. Within three weeks of receiving such a deposition notice, counsel shall agree on a deposition date from among those proposed by counsel for the Responding Party.

3. Each deposition shall be conducted within six weeks after counsel have agreed on a date.

4. When counsel for a plaintiff notices a deposition, that

attorney shall be responsible for notifying all other plaintiffs' counsel to determine whether they have an interest in participating in the deposition and shall arrange the deposition accordingly.

5. At least one week prior to any deposition, counsel for the Responding Party shall produce all requested documents relevant to the deponent's anticipated testimony that were not previously disclosed.

6. Absent exceptional circumstances, no deponent shall be required to appear for deposition more than one time.

7. All depositions will presumptively be limited to seven hours.

8. This order applies to, and shall be docketed in, all of the related cases, which are listed in attachment A. It does not govern the consolidated discovery concerning Monell issues.

SO ORDERED.

*James C. Francis IV*
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Dated:   New York, New York
         November 13, 2006


Copies mailed this date:

Christopher T. Dunn, Esq.
New York Civil Liberties Union
125 Broad Street, 17th Floor
New York, New York  10004

2

Michael L. Spiegel, Esq.
111 Broadway, Suite 1305
New York, New York 10006

Jonathan C. Moore, Esq.
Moore & Goodman, LLP
99 Park Avenue, Suite 1600
New York, New York 10016

Jeffrey A. Rothman, Esq.
575 Madison Avenue, Suite 1006
New York, New York 10022

Peter G. Farrell, Esq.
Special Assistant Corporation Counsel
City of New York Law Department
100 Church Street
New York, New York  10007

## ATTACHMENT A

04 Cv 7922 ( KMK) (JCF)
04 Cv 7921
04 Cv 9216
04 Cv 10178
05 Cv 1562
05 Cv 1563
05 Cv 1564
05 Cv 1565
05 Cv 1566
05 Cv 1567
05 Cv 1568
05 Cv 1569
05 Cv 1570
05 Cv 1571
05 Cv 1572
05 Cv 1573
05 Cv 1574
05 Cv 2910
05 Cv 3616
05 Cv 3705
05 Cv 4949
05 Cv 5080
05 Cv 5152
05 Cv 5268
05 Cv 5528
05 Cv 6780
05 Cv 7026
05 Cv 7541
05 Cv 7546
05 Cv 7547
05 Cv 7548
05 Cv 7575
05 Cv 7576
05 Cv 7577
05 Cv 7579
05 Cv 7580
05 Cv 7623
05 Cv 7624
05 Cv 7626
05 Cv 7628
05 Cv 7668
05 Cv 7669
05 Cv 7670
05 Cv 7672
05 Cv 7673
Continued on page 5

05 Cv 7692
05 Cv 7789
05 Cv 8434
05 Cv 8453
05 Cv 8483
05 Cv 8501
05 Cv 8562
05 Cv 8955
05 Cv 9483
05 Cv 9484
05 Cv 9737
05 Cv 9738
05 Cv 9740
05 Cv 9881
05 Cv 9882
05 Cv 9884
05 Cv 9885
05 Cv 9887
05 Cv 9901
05 Cv 9930
05 Cv 9940
05 Cv 9974
05 Cv 9985
05 Cv 9987
05 Cv 9990
05 Cv 9999
05 Cv 9993
05 Cv 10010
05 Cv 10012
05 Cv 10016
05 Cv 10024
06 Cv 0362
06 Cv 0433
06 Cv 1779
06 Cv 2041
06 Cv 2270