UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LASHLEY CARNEY, RANDY XU, DELMAR )
CONKLIN, DAVID BECKER, SARA HEIFETZ, )
CHARITY JAMES, and HANNAH JANEWAY, )
                                                                )   **NOTICE OF CHANGE**
                             Plaintiffs,            )   **OF ADDRESS**
                                                                 )
    -against-                              )   **ECF CASE**
                                                                 )
THE CITY OF NEW YORK; POLICE OFFICER )   **05 Civ. 7672 (KMK)(JCF)**
FREYRE; POLICE OFFICER RUSSELL JOHN, )
Shield No. 31399; POLICE OFFICER BIENVENI )
MENA, Shield No. 7584; POLICE OFFICER )
RAYMOND GONZALEZ, Shield No. 10688; )
POLICE OFFICER STEPHEN NELSON, Shield )
No. 27285; POLICE OFFICER JOSELITO )
CHAPARRO, Shield No.03429**;** JOHN DOES; )
RICHARD ROES; HUDSON RIVER PARK )
TRUST, )
                                                                 )
                             Defendants.       )
------------------------------------------------------------X

       PLEASE TAKE NOTICE that the address of counsel for plaintiffs has changed.

All correspondence concerning the above-captioned matter should be made to:

        Jeffrey A. Rothman
        Attorney at Law
        315 Broadway, Suite 200
        New York, NY 10007
        (212) 227-2980; Cell: (516) 455-6873
        Fax: (212) 591-6343

Dated: December 28, 2006
                                              _____/S/_____
                                              Jeffrey A. Rothman
                                              Attorney at Law
                                              315 Broadway, Suite 200
                                              New York, NY 10007
                                              (212) 227-2980; Cell: (516) 455-6873
                                              Fax: (212) 591-6343