**Jeffrey A. Rothman**
Attorney at Law
315 Broadway, Suite 200
New York, NY 10007
Tel.: (212) 227-2980; Cell: (516) 455-6873
Fax: (212) 591-6343
rothman.jeffrey@gmail.com

April 24, 2007

**MEMO ENDORSED**
LEAD CASE
04 CIV 7922 (KMK) (JCF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/30/07

BY FAX TO (212) 805-7930
The Honorable James C. Francis IV
United States Magistrate Judge
United States District Court for the Southern District of New York
500 Pearl Street -- Room 1960
New York, NY 10007

Re:   *Phillips, et al. v. City of New York, et al.* 05 Civ. 7624 (KMK) (JCF);
*Sloan, et al. v. City of New York, et al.*, 05 Civ. 7668 (KMK) (JCF);
*Galitzer v. City of New York, et al.*, 05 Civ. 7669 (KMK) (JCF);
*Bastidas, et al. v. City of New York, et al.*, 05 Civ. 7670 (KMK) (JCF);
*Coburn, et al. v. City of New York, et al.*, 05 Civ. 7623 (KMK) (JCF);
*Carney, et al. v. City of New York, et al.*, 05 Civ. 7672 (KMK) (JCF);
*Sikelianos v. City of New York, et al.*, 05 Civ. 7673 (KMK) (JCF);
*Jarick v. City of New York, et al.*, 05 Civ. 7626 (KMK)(JCF);
*Drescher v. City of New York, et al.*, 05 Civ. 7541 (KMK) (JCF)

DOCKET IN EACH CASE

Dear Judge Francis:

I write to join the City's application of earlier today that the document annexed as Exhibit A to Mr. Dougherty's letter of today be immediately removed from the public docket, and replaced with the document annexed as Exhibit B to Mr. Dougherty's letter of today (which redacts a sentence that contains the confidential and sensitive information of one of my clients).

I appreciate the City's effort to search its files in this regard, and trust that if the City suspects or discovers that any other publicly filed document(s) contain such confidential information, that it will similarly be brought to my and the Court's attention to be promptly remedied.

I thank the Court for its consideration in this matter.

Respectfully submitted,

Jeffrey Rothman

cc:   Jeffrey Dougherty, Esq. (by e-mail)
Peter Farrell, Esq. (by e-mail)
Zelda Stewart, Esq. (by e-mail)
Hon. Kenneth M. Karas (by Fax)

4/30/07
Application granted.
SO ORDERED.
James C. Francis IV
USMJ

1