ALAN D. LEVINE
ATTORNEY AT LAW
80-02 KEW GARDENS ROAD
KEW GARDENS, NEW YORK 11415

(718) 793-6363
FAX: (718) 544-5703
E-MAIL: alandlaw@justice.com

August 23, 2007

<u>VIA ECF</u>
Honorable James C. Francis IV
United States Magistrate Judge
500 Pearl Street, Room 1960
New York, New York 10007-1312

   Re: <u>Carney, et al. v. City of New York, et al.</u>
      05 CV 7672 (KMK)(JCF)
      Our File No: 2011

Dear Judge Francis:

  I am the attorney for the plaintiffs in the above-referenced action who will be taking Lieutenant Berquist's deposition. At our request, Your Honor ordered that the deposition take place on August 24, 2007. Defendants expressed their readiness to comply. However, a personal matter has arisen that prevents me from taking Lieutenant Berquist's deposition on that date. Consequently, with the consent of the attorneys for the defendants, I am hereby informing Your Honor that Lieutenant Berquist's deposition will take place on September 6, 2007 at 2:00 P.M.

                 Very truly yours,

                 ALAN D. LEVINE

ADL/jb
cc: Fred Weiler, Esq.