UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

| | |
|---|---|
| BETTY BASTIDAS, et al. | **05 Civ. 7670 (KMK)(JCF)** |
| RANDY XU, et al. | **05 Civ. 7672 (KMK) (JCF)** |
| EMILY SLOAN, et al. | **05 Civ. 7668 (KMK)(JCF)** |
| GWYNN GALITZER, | **05 Civ. 7669 (KMK)(JCF)** |
| NIKOLAS SIKELIANOS, | **05 Civ. 7673 (KMK)(JCF)** |

                            Plaintiffs,                      **ECF CASE**

    -against-

THE CITY OF NEW YORK, et al.

                            Defendants.
------------------------------------------------------------------X

      **PLEASE TAKE NOTICE** that upon the accompanying memorandum of law and upon all the papers and proceedings had herein, the undersigned will move this Court, before the Honorable James C. Francis IV, at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, New York, on a date to be determined by the Court, for an Order permitting Plaintiffs in the <u>Bastidas, et al.</u> case to file a Second Amended Complaint, permitting Plaintiffs in the <u>Xu, et al.</u> case to file a Second Amended Complaint, Plaintiffs in the <u>Sloan, et al.</u> case to file a Second Amended Complaint, permitting Plaintiff Gwynn Galitzer to file a Second Amended Complaint in the <u>Galitzer</u> case, and Plaintiff Nikolas Sikelianos to file a First Amended Complaint in the <u>Sikelianos</u> case.

Dated:   New York, New York
         August 31, 2007

                                                                      _____/S/_____
                                                                       JEFFREY A. ROTHMAN, Esq.
                                                                       (JR-0398)
                                                                       315 Broadway, Suite 200
                                                                       New York, New York 10007
                                                                       (212) 227-2980
                                                                       Attorney for Plaintiffs

TO:    MICHAEL CARDOZO
        Corporation Counsel of the
        City of New York
        100 Church Street
        New York, New York 10007
        Attn:   James Mirro, Esq. (by email)
                Fred Weiler, Esq. (by email)
                Jeffrey Dougherty, Esq. (by email)

*Attorneys for Defendants*