Received: Apr 2 2008 02:33pm
2127883824  NYC Law 3-135 Environ  02.43:10 p.m  04-02 2008  2/4



**MEMO ENDORSED**

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

JAMES MIRRO
*Special Assistant Corporation Counsel*
*phone (212) 788-8026  fax (212) 788-9776*

April 2, 2008



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/3/08

**BY FAX**

The Honorable Richard J. Sullivan
United States District Judge
Daniel Patrick Moynihan
    United States Courthouse
500 Pearl Street
New York, New York 10007-1312

   Re: **Consolidated RNC Cases**
     *(Listed in Appendix)*

Dear Judge Sullivan:

   Defendants write to request that the Court permit them to file a brief of up to 20 pages in length, if necessary, in further support of their appeal of the January 23, 2008 order of Magistrate Francis. That order permitted plaintiffs in some 37 separate RNC cases to amend their complaints to add numerous new claims and new defendants shortly before the close of discovery. While we hope to submit a shorter brief, defendants would like the flexibility to submit a 20-page brief if necessary. This brief is due on Monday, April 7, 2008. If this meets with Your Honor's approval, would you please "so order" it? Thank you.

*[Handwritten: Defendants' reply brief shall not exceed 15 pages.]*

Respectfully submitted,

*[Signature]*
James Mirro

**SO ORDERED:**
*[Signature]* 4/3/08
RICHARD J. SULLIVAN, U.S.D.J.

cc: RNC Distribution List (by email)

Appendix of Cases On Appeal Of January 23, 2008 Order

1. MacNamara, *et al.* v. City of New York, *et al.*, 04 CV 9216 (RJS)(JCF).
2. Rechtschaffer v. City of New York, *et al.*, 05 CV 9930 (RJS)(JCF).
3. Portera v. City of New York, *et al.*, 05 CV 9985 (RJS)(JCF).
4. Bunim, *et al.* v. City of New York, *et al.*, 05 CV 1562 (RJS)(JCF).
5. Kalra, *et al.* v. City of New York, *et al.*, 05 CV 1563 (RJS)(JCF).
6. Ryan, *et al.* v. City of New York, *et al.*, 05 CV 1564 (RJS)(JCF).
7. Garbini, *et al.* v. City of New York, *et al.*, 05 CV 1565 (RJS)(JCF).
8. Greenwald, *et al.* v. City of New York, *et al.*, 05 CV 1566 (RJS)(JCF).
9. Pickett, *et al.* v. City of New York, *et al.*, 05 CV 1567 (RJS)(JCF).
10. Tremayne, *et al.* v. City of New York, *et al.*, 05 CV 1568 (RJS)(JCF).
11. Biddle, *et al.* v. City of New York, *et al.*, 05 CV 1570 (RJS)(JCF).
12. Moran, *et al.* v. City of New York, *et al.*, 05 CV 1571 (RJS)(JCF).
13. Botbol, *et al.* v. City of New York, *et al.*, 05 CV 1572 (RJS)(JCF).
14. Crotty, *et al.* v. City of New York, *et al.*, 05 CV 7577 (RJS)(JCF).
15. Stark, *et al.* v. City of New York, *et al.*, 05 CV 7579 (RJS)(JCF).
16. Lalier, *et al.* v. City of New York, *et al.*, 05 CV 7580 (RJS)(JCF).
17. Grosso v. City of New York, *et al.*, 05 CV 5080 (RJS)(JCF).
18. Dudek v. City of New York, *et al.*, 04 CV 10178 (RJS)(JCF).
19. Bell v. City of New York, *et al.*, 05 CV 3705 (RJS)(JCF).
20. Starin v. City of New York, *et al.*, 05 CV 5152 (RJS)(JCF).
21. Lee v. City of New York, *et al.*, 05 CV 5528 (RJS)(JCF).
22. Cohen v. City of New York, *et al.*, 05 CV 6780 (RJS)(JCF).

23. Phillips, *et al.* v. City of New York, *et al.*, 05 CV 7624 (RJS)(JCF).

24. Coburn, *et al.* v. City of New York, *et al.*, 05 CV 7623 (RJS)(JCF).

25. Drescher v. City of New York, *et al.*, 05 CV 7541 (RJS)(JCF).

26. Bastidas, *et al.* v. City of New York, *et al.*, 05 CV 7670 (RJS)(JCF).

27. Xu, *et al.* v. City of New York, *et al.*, 05 CV 7672 (RJS)(JCF).

28. Sloan, *et al.* v. City of New York, *et al.*, 05 CV 7668 (RJS)(JCF).

29. Galitzer v. City of New York, *et al.*, 05 CV 7669 (RJS)(JCF).

30. Sikelianos v. City of New York, *et al.*, 05 CV 7673 (RJS)(JCF).

31. Abdell, *et al.* v. City of New York, *et al.*, 05 CV 8453 (RJS)(JCF).

32. Adams, *et al.* v. City of New York, *et al.*, 05 CV 9484 (RJS)(JCF).

33. Araneda, *et al.* v. City of New York, *et al.*, 05 CV 9738 (RJS)(JCF).

34. Eastwood, *et al.* v. City of New York, *et al.*, 05 CV 9483 (RJS)(JCF).

35. Tikkun v. City of New York, *et al.*, 05 CV 9901 (RJS)(JCF).