# Jeffrey A. Rothman
Attorney at Law
315 Broadway, Suite 200
New York, NY 10007
Tel.: (212) 227-2980; Cell: (516) 455-6873
Fax: (212) 591-6343
rothman.jeffrey@gmail.com



April 14, 2008

BY HAND
Honorable Richard J. Sullivan
United States District Judge
United States Courthouse
500 Pearl St., Room 615
New York, NY 10007

Re:   Galitzer v. City of New York, et al., 05 Civ. 7669 (RJS) (JCF);
      Xu, et al. v. City of New York, et al., 05 Civ. 7672 (RJS) (JCF);
      Coburn, et al. v. City of New York, et al., 05 Civ. 7623 (RJS) (JCF);
      Sloan, et al. v. City of New York, et al., 05 Civ. 7668 (RJS) (JCF);

Dear Judge Sullivan:

On Friday, April 11, 2008 I electronically filed Plaintiffs' Objections, Pursuant to Fed.R.Civ.P.72, to Magistrate Judge Francis' March 27 and 28, 2008 Orders Dismissing Four Plaintiffs' Claims for Emotional Distress in the above-captioned consolidated RNC cases, and delivered a courtesy copy to chambers.

Those Rule 72 Objections are actually on behalf of *five*, not four, plaintiffs in the above-captioned cases, but I inadvertently omitted reference to plaintiff Randy Xu in the Xu case, whose emotional distress claims were dismissed in paragraph 5 of Judge Francis' March 27, 2008 Order in Xu that was annexed as part of Exhibit A to Plaintiffs' Objections.

Plaintiffs respectfully request that plaintiff Randy Xu's Objections to Judge Francis' March 27, 2008 Order in Xu also be considered along with those of the other four objecting Plaintiffs as part of Plaintiffs' April 11, 2004 Rule 72 Objections.

I thank the Court for its consideration in this matter, and apologize for any confusion or inconvenience associated herewith.

Respectfully submitted,

*Jeffrey A. Rothman*
Jeffrey A. Rothman
[JR-0398]

Enc.

cc: Special Assistant Corporation Counsel Fred Weiler, Esq. (by email - without enclosure)
     Special Assistant Corporation Counsel James Mirro, Esq. (by email - without enclosure)

SO ORDERED
Dated: 4/15/08

RICHARD J. SULLIVAN
U.S.D.J.