UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Consolidated RNC Cases                                    ORDER

RICHARD J. SULLIVAN, District Judge:

By letter dated April 24, 2008, defendants in ten RNC cases seek, on consent of plaintiffs in those cases, to consolidate and to extend the briefing schedules regarding plaintiffs' respective objections to the dismissal of plaintiffs' emotional distress claims, and to file an oversize opposition brief under seal.[1]

IT IS HEREBY ORDERED that defendants' request is GRANTED. Defendants shall file their consolidated opposition brief within ten (10) days of the filing of plaintiffs' objections in the *Eastwood* and *Araneda* actions. Defendants' brief shall not exceed thirty (30) pages.

IT IS FURTHER ORDERED that defendants may file their opposition brief under seal. Defendants shall file and serve unredacted copies of their brief on plaintiffs and the Court, as well as electronically file a redacted version of their brief.

SO ORDERED.

Dated:   New York, New York
         April 28, 2008

                                                    RICHARD J. SULLIVAN
                                                    UNITED STATES DISTRICT JUDGE



---

[1] The actions subject to this Order are: 05 Civ. 7623; 05 Civ. 7668; 05 Civ. 7669; 05 Civ. 7672; 05 Civ. 8453; 05 Civ. 9483; 05 Civ. 9484; Civ. 9738; 05 Civ. 9930; 07 Civ. 7678. This Order should be docketed only in these cases.